# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**ROBERT LEO BREEDEN,**

    Petitioner,

v.                                       **CIVIL ACTION NO. 3:05-cv-78**
                                            **(BAILEY)**

**JOANN S. PERKINS AND**
**JAMES B. CRAWFORD, III,**

    Respondents.

## ORDER ADOPTING REPORT AND RECOMMENDATION

By Standing Order entered on March 24, 2000, this action was referred to United States Magistrate Judge John S. Kaull for submission of a proposed report and a recommendation ["R & R"]. Magistrate Judge Kaull filed his R & R on June 22, 2007 [Doc. 23]. In that filing, the magistrate judge recommended that this Court grant defendant Crawford's Motion to Dismiss [Doc. 16] and that he be dismissed with prejudice as a defendant in the case.

The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. ***Thomas v. Arn***, 474 U.S. 140, 150 (1985). In addition, failure to file timely objections constitutes a waiver of *de novo* review and the petitioner's right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); ***Snyder v. Ridenour***, 889 F.2d 1363, 1366 (4th Cir. 1989); ***United States v. Schronce***, 727 F.2d 91, 94 (4th Cir. 1984). Here, objections to Magistrate Judge Kaull's R & R were due by July 9, 2007, pursuant to 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b). No objections have been filed.

Accordingly, the Court hereby adopts the recommendations of Magistrate Judge Kaull [Doc. 23]. This Court finds that the plaintiff has failed to state a claim for which relief can be granted against defendant Crawford. Therefore, the Court hereby **GRANTS** defendant Crawford's Motion to Dismiss [Doc. 16] and **DISMISSES with prejudice** Crawford as a defendant in this case.

The Clerk is directed to mail copies of this Order to all counsel of record and the *pro se* petitioner.

**DATED:** July 11, 2007.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE